IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY HEFNER,<br><br>       Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>       Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      Case No. 4:15-cv-02552 |

## NOTICE OF PENDING SETTLEMENT

Defendant, Diversified Consultants, Inc. (DCI), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Defendant and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the Defendant and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
Sessions Fishman Nathan & Israel LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone:  214-741-3001
Facsimile:  214-741-3055
Email: wwhite@sessions.legal

**Attorney for Defendant,
Diversified Consultants, Inc.**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2015, a copy of the foregoing **Notice of Pending Settlement** was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Texas, and served upon the following via CM/ECF:

Michael S. Agruss
Agruss Law Firm, LLC
4611 N. Ravenswood Ave., Suite 201
Chicago, Illinois 60640
Telephone: 312-224-4695
Facsimile: 312-253-4451
michael@agrusslawfirm.com

/s/ Whitney L. White
Whitney L. White