United States District Court
Southern District of Texas
**ENTERED**
November 05, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY HEFNER, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:15-2552 |
| § | |
| DIVERSIFIED CONSULTANTS, INC., § | |
| Defendant. § | |

## ORDER

Having been informed that a settlement has been reached in this case, *see* Alternative Dispute Resolution Memorandum [Doc. # 8], it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of the parties' claims if any party represents to the Court on or before December 7, 2015, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this  5th  day of **November, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE